# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 21, 2008

Charles R. Fulbruge III
Clerk

No. 08-40086
Conference Calendar

JOEL LOPEZ-FERNANDEZ

Petitioner-Appellant

v.

JOHN B FOX, Warden

Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:07-CV-606

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM:[*]

Joel Lopez-Fernandez (Lopez), federal prisoner # 06964-030, appeals the denial of his 28 U.S.C. § 2241 petition challenging his methamphetamine and firearms convictions. The district court determined that Lopez's claims collaterally attacked his conviction and, as such, he was precluded from proceeding via § 2241 because he had failed to show the 28 U.S.C. § 2255 remedy inadequate. See Reyes-Requena v. United States, 243 F.3d 893, 904 (5th Cir.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

2001).  Lopez has failed to assign error to or address that determination and has therefore waived its review.  See Yohey v. Collins, 985 F.2d 222, 224-25 (5th Cir. 1993).

AFFIRMED.